

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

TRUSTEES OF THE LOCAL 1034 I.B.T. INSURANCE : 09-CV-4442 (ARR)(JMA)
TRUST FUND, LOCAL 1034 I.B.T. PENSION TRUST :
FUND, and LOCAL 813 AND LOCAL 1034 :
SEVERANCE TRUST FUND, : NOT FOR
: PRINT OR ELECTRONIC
                    Plaintiffs, : PUBLICATION
   -against- :
: ORDER
R & L LIVERY, INC., :
:
                    Defendant. :
:
-------------------------------------------------------------------- X

ROSS, United States District Judge:

    The court has received the Report and Recommendation on the instant case dated August 17, 2010 from the Honorable Joan M. Azrack, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Edwards v. Town of Huntington, No. 05 Civ. 339 (NGG) (AKT), 2007 U.S. Dist. LEXIS 50074, at *6 (E.D.N.Y. July 11, 2007); McKoy v. Henderson, No. 05 Civ. 1535 (DAB), 2007 U.S. Dist. LEXIS 15673, at *1 (S.D.N.Y. March 5, 2007). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

    Therefore, plaintiff's motion for default judgment is granted, and judgment is entered in favor of the Benefit Fund and against the defendant in the amount of $20,500.83, which includes

$13,420.25 in unpaid employee benefit contributions, $2,540.29 in interest, $2,540.29 in liquidated damages, $1,650.00 in attorneys' fees, and $350.00 in costs.

The Clerk of Court is directed to enter judgment accordingly.

SO ORDERED.

s/ ARR

_____
Allyne R. Ross
United States District Judge

Dated: September 14, 2010
       Brooklyn, New York

SERVICE LIST:

> Plaintiff's Attorney
> Arthur A. Hirschler
> Goldberg Weprin Finkel Goldstein LLP
> 1501 Broadway
> 22nd Flr.
> New York, NY 10036

cc: Magistrate Judge Azrack